# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## July 17, 2007

[Cite as *07/17/2007 Case Announcements*, 2007-Ohio-3616.]

## MOTION AND PROCEDURAL RULINGS

**2007–1189. State v. Lather.**
Sandusky App. No. S–03–008, 2007-Ohio-2399. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay and appeal bond,
It is ordered by the court that the motion is denied.
MOYER, C.J., and O'CONNOR, J., dissent.

## MISCELLANEOUS DISMISSALS

**2007–0577. Ameritech Publishing, Inc. v. Levin.**
Board of Tax Appeals, No. 2005–M–238. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,
It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2007–0933. Powell v. McCoy.**
Summit App. No. 23517. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,
It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–1212. State ex rel. Scouler v. Indus. Comm.**
Franklin App. No. 06AP–325, 2007-Ohio-2468.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## July 19, 2007

[Cite as *07/19/2007 Case Announcements*, 2007-Ohio-3639.]

## MOTION AND PROCEDURAL RULINGS

**2005–2364. State v. Perez.**
Clark C.P. No. 03CR1010. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas for Clark County. Upon consideration of appellant's motion to strike Exhibit A of appellee's merit brief,
It is ordered by the court that the motion is denied.

**2007–0423. State ex rel. Lynch v. Indus. Comm.**
Franklin App. No. 05AP–1233, 2007-Ohio-292. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for a settlement conference,
It is ordered by the court that the motion is denied.